UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNETH JEFFERY SMITH** | **CIVIL ACTION NO. 23-0198** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CALDWELL PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, together with the Objection [Doc. No. 14] filed by Plaintiff, Kenneth Jeffery Smith, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted: Plaintiff Kenneth Jeffery Smith's claims that he did not receive medical care for the injuries he suffered because Officer Smith sprayed him with mace, Plaintiff's conditions-of-confinement claim, and Plaintiff's claims against Caldwell Parish Detention Center, Warden Kevin Wise, and Deputy Warden Callendar. All other claims remain.

**MONROE, LOUISIANA**, this 28th day of June 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE