# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KENNETH JEFFERY SMITH** | **CIV. ACTION NO. 3:23-00198 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALDWELL PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 83] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 71] filed by remaining Defendants, Lt. Davis, Sgt. Hollowell, Sgt. Smith, and Sgt. Wyles is **GRANTED**, and that Plaintiff Kenneth Smith's claims against said Defendants, plus the Unknown Officers, are hereby **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA,** this 14th day of May 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE